No. 91–700. OLIVAREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–706. MESA OPERATING LIMITED PARTNERSHIP *v.* DEPARTMENT OF THE INTERIOR. C. A. 5th Cir. Certiorari denied.

No. 91–718. HARRISON *v.* DOW CHEMICAL CO. C. A. 5th Cir. Certiorari denied.

No. 91–731. KERSTING *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–771. MEYERS ET AL. *v.* IDEAL BASIC INDUSTRIES, INC. C. A. 10th Cir. Certiorari denied.

No. 91–797. CARIBE SHIPPING CO., INC. *v.* SOTO ET AL. Sup. Ct. P. R. Certiorari denied.

No. 91–803. BROWN *v.* AMERICAN HONDA MOTOR CO., INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–813. FARMER *v.* MABUS, GOVERNOR OF MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 91–814. AMATO *v.* NEW YORK; AMATO *v.* NEW YORK; and RAFFA *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 91–815. SANDLIN ET AL. *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 91–816. NEW YORK ET AL. *v.* ASSOCIATION OF SURROGATES AND SUPREME COURT REPORTERS WITHIN THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–817. STAFFORD *v.* BROTMAN MEDICAL CENTER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.